IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:10-00217

NEIL A. HASEN

## WRITTEN PLEA OF GUILTY

In the presence of Mary Lou Newberger, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment before being called upon to plead, I hereby plead guilty to the charge contained in count one of the indictment.

DATE: 7 March 2011

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT